THE NATIONAL CITY BANK OF NEW YORK et al., Respondents, *v.* CHARLES D. WAGGONER et al., Defendants, and CENTRAL HANOVER BANK AND TRUST COMPANY, Appellant.

(Argued October 13, 1930; decided November 18, 1930.)

*Martin Conboy, David Asch, Theodore J. Miller* and *Charles W. Tooke* for appellant.

*Carl A. Mead* for respondents.

Order affirmed, with costs. Question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Taking no part: HUBBS, J.